*E-FILED*
November 13, 2006

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHUNG CAMINO,                                   No. C 06-06988 RS

    Plaintiff,

  v.                                                      **ORDER OF RECUSAL**

MERCK AND CO.,

    Defendant.
_____/

    I hereby recuse myself from hearing or determining any matters as Presiding Judge in the above-entitled action. The Clerk of Court shall randomly reassign this case.

    IT IS SO ORDERED.

Dated: November 13, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Daniel E. Barenbaum     dbarenbaum@lchb.com,

Steven J. Boranian     sboranian@reedsmith.com

Michael Kevin Brown     mkbrown@reedsmith.com, ablum@reedsmith.com; emedina@reedsmith.com; mchoi@reedsmith.com; bjthompson@reedsmith.com

Elizabeth J. Cabraser     ecabraser@lchb.com

Amanda Jane Murray     amurray@reedsmith.com, gguzik@reedsmith.com

Thomas Joonyul Yoo     Tyoo@reedsmith.com

Dated: November 13, 2006

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg

2